IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID EARLS, ) | |
| AIS # 147103, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-826-WKW |
| ) | |
| R. N. ROBINSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On May 7, 2007, the Magistrate Judge filed a Recommendation (Doc. # 19) in this case. On May 22, 2007, the Plaintiff filed an objection (Doc. # 20). Upon an independent and *de novo* review of the file in this case, it is hereby ORDERED that:

1. The objection (Doc. #20) is OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. #19) is ADOPTED.

3. The defendants' motion for summary judgment is GRANTED.

An appropriate judgment will be entered.

DONE this 6th day of June, 2007.

                                        /s/   W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE